# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mateo Vargas Ros

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-3941-LL-GC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED. This case is hereby closed.

**Date:** 8/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-3941-LL-GC

Respondents:

Markwayne Mullins,
in his official capacity as Secretary of Homeland Security;

Jeremy Casey,
in his official capacity as Warden of Imperial Regional Detention Center;

Patrick Divver,
in his official capacity as Imperial Field Office Director, ICE Enforcement Removal Operations;

Todd Lyons,
in his official capacity as Acting Director of ICE;

Todd Blanche,
acting U.S. Attorney General;

Immigration and Customs Enforcement;

Department of Homeland Security